IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CHAPTER 12 CASE

DARRYL LAMONT BROWN, XXX-XX-6556, NO. <u>19-31895-WRS</u>

    **Debtor(s).**

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following: Application to Employ Professional Persons pursuant to 11 U.S.C. §327

## **APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE**

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the <u>Bankruptcy Rules of Procedure</u> and in support of said application states as follows:

The debtor(s) desires to retain <u>Earl P. Underwood, Jr.</u> of the firm <u>Underwood & Riemer, P.C.</u> in <u>Fairhope</u> [*City*], <u>Baldwin</u> County, Alabama, for the specific purpose of recovering damages arising out of a cause of action filed by the debtor(s) against <u>Ford Motor Company</u>. This cause of action is for breach of warranty that occurred on or about <u>8/8/2014</u>. This attorney was previously retained by the Debtor.

I, <u>Earl P. Underwood, Jr.</u>, am duly licensed to practice law in the State of Alabama.

I, Earl P. Underwood, Jr., was initially employed by the debtor to represent him/her and am familiar with the facts and legal issues involved in the case.

I, Earl P. Underwood, Jr., do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted hereto is an affidavit executed by me in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of The Bankruptcy Rules of Procedure. I, Earl P. Underwood, Jr. have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with Earl P. Underwood, Jr for representation regarding the cause of action. The terms of the contract are an Attorney's Fee equal to 1/3 of the gross recovery plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: None. The attorney understands he/she must make application to the Court for approval of his/her fees and expenses. However, if there is no recovery, Earl P. Underwood, Jr. acknowledges that the bankruptcy estate of Darryl Lamont Brown *[debtor]* shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of Earl P. Underwood, Jr.  *[name of attorney being retained]* to represent the estate in the cause of action filed by the Debtor.  Upon settlement or completion of the cause of action, I will apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

Respectfully submitted this 24th day of November 2020.

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.

Underwood & Riemer, P.C.
21 South Section Street
251-990-5558 (telephone)
251-990-0626 (facsimile)
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I, Earl P. Underwood, Jr., certify that I have served a copy of the foregoing APPLICATION TO EMPLOY PROFESSIONAL PERSON on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 12th day of November 2020.

| Darryl L. Brown<br>1559 County Road 161<br>Marbury, Alabama 36051<br><br>Earl Gillan, Jr.<br>Bankruptcy Attorney<br>Suite 630<br>1 Commerce Street<br>Montgomery, Alabama 36104 | Sabrina L. McKinney, Chapter 12 Standing Trustee<br>P.O. Box 628<br>Montgomery, Alabama 36101<br><br><br>U.S. Bankruptcy Administrator<br>One Church Street<br>Montgomery, Alabama 36104 |
|---|---|

/Earl P. Underwood, Jr.
**Earl P. Underwood, Jr.**

Case 19-31895    Doc 50    Filed 11/25/20    Entered 11/25/20 12:55:28    Desc Main
Document      Page 3 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                          CHAPTER 12 CASE

**DARRYL LAMONT BROWN, XXX-XX-6556,**        **NO. <u>19-31895-WRS</u>**

    **Debtor(s).**

<u>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF
PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE**</u>

      My name is Earl P. Underwood, Jr. and my office is located at 21 South Section Street, Fairhope, Baldwin County, Alabama. I am an attorney duly admitted to the practice of law in the State of Alabama. My law firm has been engaged by the debtor to represent him regarding pursing claims arising from a breach of warranty. The terms of my firm's representation is for compensation on an undivided contingent interest in said claim in the amount of one third (1/3) of the gross recovery, gain or benefit, plus reimbursement of all reasonable and necessary expenses. However, if there is no recovery, the debtor shall not be responsible for any fees. To date, my firm has not received any compensation from the debtor or any other entity in connection with the representation of debtor in this matter. I understand that my firm cannot share any compensation with attorneys unless said professionals are also approved by this Court. There is no agreement to share compensation with other attorneys outside of my firm.

      I do not represent or hold any interest adverse to the debtor or the estate with respect to the matter upon which I am seeking to be employed.

      I have no connection with the Trustee, creditors, Bankruptcy Administrator, or any other parties in interest, the debtor, or their respective attorneys, other than with the

representation of the debtor in the lawsuit for which I am applying for my employment as a professional person for this specific purpose and his Chapter 12 case.

The facts as stated herein are true and correct in all cases where I have personal knowledge and other remaining facts and opinions are true and correct according to the best of my knowledge, information and belief. I understand that upon completion of this case, by settlement or otherwise, that my firm must make separate application for the approval of any settlements recovered on behalf of the debtor and/or the estate. I also understand that I must make a separate application for the approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of *The Bankruptcy Rules of Procedure.*

/s/ *Earl P. Underwood, Jr*
Earl P. Underwood, Jr.

Pursuant to 28 U.SC.§ 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 24, 2020.

/s/*Earl P. Underwood, Jr.*
Earl P. Underwood, Jr.